UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs                                                    CIVIL ACTION    3:21-cv-0157-MPM-RP

ANTONIO QWINTEZ COSBY                                                    DEFENDANT

## DEFAULT JUDGMENT

The defendant, Antonio Qwintez Cosby, having failed to appear, plead or otherwise defend in this action, and default having been entered on October 7, 2021, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff United States of America and against defendant Antonio Qwintez Cosby in the amount of $3,440.95, plus interest on the judgment at the legal rate until the judgment is satisfied.

This the 18th day of October, 2021.

David Crews, Clerk of Court

s/ Jennifer L. Adams
Deputy Clerk